UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Milton Vila Jr. and Jamie Renee Vila**
a/k/a Jamie R Sherrod
S.S. Nos.: xxx-xx-6489 and xxx-xx-0792
Mailing Address: 106 Fetlock Court, Raeford, NC 28376-

Case No. 10-81603

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on September 1, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: September 30, 2010

                                            **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                                            /s John T. Orcutt
                                            John T. Orcutt
                                            N.C. State Bar No. 10212
                                            Counsel for the Debtors
                                            6616-203 Six Forks Rd.
                                            Raleigh, N.C. 27615
                                            Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 9/29/08 |
|---|---|
| Lastname-SS#: | Vila-6489 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | None | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Wells Fargo | 4 | $15,144 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Wells Fargo | 4 | $1,349 | N/A | n/a | $1,349.00 | House & Lot |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Ford Motor Credit | 1 | | 7.00 | | | Judgment Lien on House & Lot |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,500 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $1,677 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See**) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount |
|---|---|
| DMI= | $10,517 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,994** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **2** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
** Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP                                              (Page 4 of 4)
** = May include up to 2 post-petition payments.
Ch13Plan_MD_(New_DeSardi) (8/24/08) © John T. Orcutt

### Other Miscellaneous Provisions

Please allow 3 waivers upon request. Please pay out Equity Above Exemptions value @ $10,517.

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


                                          /s Kaelyn McCollum
                                          Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Chevron and Texaco
c/o Roundup Funding
MS 550
PO Box 91121
Seattle, WA 98111-9221

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

AAFES
Attn: Bankruptcy Unit
Post Office Box 650062
Dallas, TX 75265-0062

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402-6140

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

AAFES
c/o Creditor's Bankruptcy Service
Post Office Box 740933
Dallas, TX 75374-0933

Credit Management
4200 International Parkway
Carrollton, TX 75007

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

AFNI, Inc.
Post Office Box 3097
Bloomington, IL 61701-3097

Debt Recovery Solutions, LLC
900 Merchants Concourse
Suite 106
Westbury, NY 11590-5114

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Assetcare, Inc.
Post Office Box 15379
Wilmington, DE 19850-5379

Dish Network
Dept. 0063
Palatine, IL 60055-0063

Experian
P.O. Box 2002
Allen, TX 75013-2002

Cape Fear Valley Medical Cntr.
Post Office Box 788
Fayetteville, NC 28302-0788

Embarq
Post Office Box 7086
London, KY 40742-7086

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Carolina Telephone
720 Western Boulevard
Tarboro, NC 27886

Ford Motor Credit
National Bankruptcy Service Cente
Post Office Box 537901
Livonia, MI 48153-7901

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Cavalry Investments
7 Skyline Drive
Suite 3
Hawthorne, NY 10532

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Century Link
Post Office Box 96064
Charlotte, NC 28296-0064

Household Bank
Post Office Box 80084
Salinas, CA 93912-0084

HSBC
c/o Roundup Funding
MS 550
PO Box 91121
Seattle, WA 98111-9221

HSBC Card Services
Post Office Box 5251
Carol Stream, IL 60197-5251

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

NCO Fin/22
Post Office Box 41448
Philadelphia, PA 19101-1448

NCO Financial Services
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems
Post Office Box 4911
Department DD
Trenton, NJ 08650-4911

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Portfolio Recovery Associates
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502

Portfolio Recovery Associates
Post Office Box 12914
Norfolk, VA 23541-2914

PRA Receivables Management
LLC agent of PRA
PO Box 12914
Norfolk, VA 23541

RJM Acquisitions Funding LLC
575 Underhill Blvd. Ste 224
Syosset, NY 11791

Roundup Funding
MS 550
PO Box 91121
Seattle, WA 98111-9221

Karen Smith
929 Prospect Road
28376

Sprint PCS
Customer Care
Post Office Box 8077
London, KY 40742-8077

SunCom Wireless
Post Office Box 190028
Charleston, SC 29419-9028

Time Warner Cable
Post Office Drawer 40508
Fayetteville, NC 28309-0508

Time Warner Cable
101 Innovation Avenue
Suite 100
Morrisville, NC 27560-8586

Tricare North
Post Office Box 870140
Myrtle Beach, SC 29587-9740

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202

US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

Veterans Administration
Regional Office
251 North Main Street
Winston-Salem, NC 27155

Wells Fargo Home Mortgage
MAC X2501-01D
One Home Campus
Des Moines, IA 50328

Wells Fargo Home Mortgage
Post Office Box 1819
Newark, NJ 07101-1819

Wells Fargo Home Mortgage
1 Home Campus
Des Moines, IA 50329


Wells Fargo Home Mortgage, Inc
2701 Wells Fargo Way
Minneapolis, MN 55467-8000


Wells Fargo Mortgage
1003 E Brier Drive
San Bernardino, CA 92408-2862


West Asset Management
7171 Mercy Road
Omaha, NE 68106